ACCEPTED
03-14-00802-CR
7289128
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 12:21:20 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00802-CR

| | | |
|---|---|---|
| PEDRO ELIZONDO MARTINEZ JR. | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 12:21:20 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on October 9, 2015.

2. The State has requested, and this Court has granted, one previous extensions of time.

3. Appellant's brief was filed in this Court on July 10, 2015.

4. Since the granting of the previous extension, the State has continued to review the record and research the issues Appellant has raised. The State requires additional time to properly and sufficiently prepare its brief. Based on the efforts made to this point, the State does not anticipate requesting any further extensions in this matter.

5. Mr. Prezas is set for oral argument before this Court on October 22, 2015 in 03-14-00622-CR Greg Kelley vs. The State of Texas.

1

6. Mr. Prezas is set for a live hearing before a visiting judge on an application for habeas corpus on October 30, 2015, in 92-435-K277A *State vs. Troy Dale Mansfield*. Based on the representations of opposing counsel in that case, Mr. Prezas expects between five and eight witnesses to testify.

7. Mr. Prezas recently filed briefs in this Court in *State vs. Jim Jack Thompson* 03-14-00371-CR on September 15, 2015, and in *State vs. James Allen Weatherford* 03-14-00527-CR on August 31, 2015.

8. Mr. Prezas recently filed proposed findings of fact and conclusions of law in *Ex Parte Paul E. Gonzalez* 04-103-K26A, an application for habeas corpus relief, on September 18, 2015.

9. Mr. Prezas filed an Answer and Motion to Dismiss for Want of Jurisdiction another application for habeas corpus relief, *Ex Parte Joshua Tatroe* 10-077-J395 on September 18, 2015.

10. Mr. Prezas filed Proposed Supplemental Findings of Fact and Conclusions of Law with the trial court in response to an Order by the Court of Criminal Appeals on September 30, 2015 in *Ex Parte Cory Dale Morgan* 12-1212-K368A, WR-81,867-01.

11. After investigation and discussions with a local attorney, in response to an Order by the Court of Criminal Appeals, Mr. Prezas recently filed a motion and proposed

2

Order to the trial court to compel said attorney to file an affidavit regarding his representation of the applicant for habeas corpus relief in *Ex Parte Wendi Ann Tillman* 06-1062-K368A on September 30, 2015.

12. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of October 9, 2015, to December 8, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to December 8, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas


 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

<u>Certificate of Service</u>

This is to certify that on October 8, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Ellic Sahualla, 600 W. 13th St., Austin, TX 78701, by eservice at ellic@sahuallalaw.com.

/s/ John C. Prezas
John C. Prezas